# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO FERNANDEZ,<br><br>　　　　Defendant. | Case No. 1:19-mj-00094-EPG<br><br>ORDER REQUIRING DEFENDANT TO APPEAR FOR STATUS REVIEW HEARING ON AUGUST 1, 2019 AT 2:00 P.M. |

On May 16, 2019, the Court conducted a detention hearing at which the Court ordered Defendant to be released into a ninety-day inpatient program. (ECF No. 7.) Accordingly, Defendant Francisco Fernandez is HEREBY ORDERED to appear for a status review hearing regarding post-residential treatment release conditions on August 1, 2019, at 2:00 p.m., in Courtroom 9, before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: __**May 16, 2019**__　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1